**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 02-6688**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DONALD EUGENE TIDWELL,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of South Carolina, at Florence.  C. Weston Houck, District Judge. (CR-94-297, CA-97-3894-4-12)

―――――――――

Submitted:  June 19, 2002          Decided:  July 10, 2002

―――――――――

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Donald Eugene Tidwell, Appellant Pro Se. Marshall Prince, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald E. Tidwell seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and denying his motion to amend the § 2255 motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Tidwell, Nos. CR-94-297; CA-97-3894-4-12 (D.S.C. Feb. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2